963 A.2d 843

TOMU DEVELOPMENT COMPANY, INC., PLAINTIFF–RESPON-DENT, v. BOROUGH OF CARLSTADT, AND PLANNING BOARD OF CARLSTADT, DEFENDANTS–PETITIONERS, AND NEW JERSEY MEADOWLANDS COMMISSION, DEFENDANT–RE-SPONDENT.

AND OTHER RELATED CASES.

January 30, 2009.

Denied.